**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAROLYN GALLOWAY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHUGACH GOVERNMENT SERVICES, INC., <br><br> Defendant. | Civil Action No. 15-979 (RDM) |

**ORDER**

Pursuant to the parties' joint Rule 16.3 statement, Dkt. 14, and the scheduling conference of September 13, 2016, the Court hereby **ORDERS** that the following schedule shall govern further proceedings:

1. Plaintiffs shall file any Motion for Approval of Collective Action on or before September 15, 2016.

2. Defendant's opposition, if any, shall be filed on or before October 15, 2016.

3. Plaintiffs' reply, if any, shall be filed on or before October 31, 2016.

In addition, by agreement of the parties, discovery is hereby **STAYED** pending resolution of Plaintiffs' Motion for Approval of Collective Action.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: September 13, 2016