# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**CAROLYN GALLOWAY**, *et al.*,

    Plaintiffs,

  v.

**CHUGACH GOVERNMENT SERVICES, INC.**,

    Defendant.

Civil Action No. 15-979 (RDM)

## SCHEDULING ORDER

Pursuant to the parties' Meet and Confer Statement (Dkt. 25), the Court ORDERS that the following schedule shall govern further proceedings:

1. Any additional parties (including opt-in plaintiffs) must be joined on or before October 1, 2017.

2. Plaintiff's Rule 26(a)(1) initial disclosures shall be submitted on or before October 16, 2017.

3. Pleadings shall be amended on or before October 30, 2017.

4. Defendant shall provide expert witness disclosures on or before December 18, 2017.

5. The parties shall conclude discovery on or before February 16, 2018.

6. Defendant shall file any motion to decertify on or before March 30, 2018; Plaintiff shall file any responses on or before April 30, 2018; and Defendant shall file any replies on or before May 15, 2018.

7. The parties may submit dispositive motions on or before March 30, 2018. The nonmoving party may file a motion in opposition to any dispositive motion within

thirty days of the date when the dispositive motion is filed. The moving party may file a reply to any opposition within fifteen days of when the opposition is filed.

8. The Court will set dates for the pretrial conference and trial after the resolution of any dispositive motion or, if no dispositive motion is filed, after the deadline for filing dispositive motions.

The parties are reminded of the duty to confer on nondispositive motions, as set out in Local Civil Rule 7(m). Motions that fail to comply with Rule 7(m) will be denied.

Extensions or enlargements of time will be granted only upon a showing of good cause. Any requests for a continuance or other scheduling change must include alternative dates that have been agreed to by all parties.

Parties are to communicate with the Court by motion, opposition, and reply, not by letter. Inquiries concerning the status of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Kristin Thompson, (202) 354-3084, or if she is unavailable, to the staff person in the Clerk's Office designated as her substitute, and not to chambers. Chambers personnel will not handle questions relating to the status or scheduling of pending motions. In case of an emergency, however, chambers can be reached at (202) 354-3020.

**IT IS SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: September 6, 2017