## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN GALLOWAY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHUGACH GOVERNMENT SERVICES, INC.,<br><br>    Defendant. | Civil Action No. 1:15-cv-00979-RDM |

## JOINT MOTION FOR
## APPROVAL OF SETTLEMENT AGREEMENT AND RELEASE

For the reasons set forth in the accompanying memorandum of points and authorities, the Plaintiffs Carolyn Galloway, Desiree McKeiver, Carlette Ososanya, Amber Turner, Audrey Smith, and Jacqueline King, and Defendant Chugach Government Services, Inc., by their undersigned counsel, hereby move for approval of the Settlement Agreement and Release attached as an exhibit to the Memorandum in Support of this Motion.

Dated: February 22, 2018

| /s/ Neil Stuart Hyman | /s/ Attison L. Barnes, III |
|---|---|
| Neil Stuart Hyman (D.C. Bar No. 465047) | Attison L. Barnes, III (DC Bar No. 427754) |
| LAW OFFICES OF NEIL S. HYMAN, LLC | WILEY REIN LLP |
| 4416 East West Highway | 1776 K Street, NW |
| Suite 400 | Washington, DC 20006 |
| Bethesda, MD 20814 | Tel: (202) 719-7000 |
| Telephone: (301) 841-7105 | Fax: (202) 719-7049 |
| Fax: (301) 986-1301 | abarnes@wileyrein.com |
| Email: neil@neilhymanlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 22, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

>Neil Stuart Hyman (D.C. Bar No. 465047)
>LAW OFFICES OF NEIL S. HYMAN, LLC
>4416 East West Highway
>Suite 400
>Bethesda, MD 20814
>Telephone: (301) 841-7105
>Fax: (301) 986-1301
>Email: neil@neilhymanlaw.com
>*Counsel for Plaintiffs*

>   /s/ Attison L. Barnes, III
>Attison L. Barnes, III (DC Bar No. 427754)
>WILEY REIN LLP
>1776 K Street, NW
>Washington, DC  20006
>Tel: (202) 719-7000
>Fax: (202) 719-7049
>abarnes@wileyrein.com